IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN SAYYAH, et al.,
:
        Plaintiffs,
:
    vs.                                 Case No.  C-1-01-459
:
WAYNOKA PROPERTY OWNERS, et al.,    CHIEF JUDGE WALTER HERBERT RICE
:
        Defendants.

---

ORDER REFERRING MOTION TO RECUSE JUDGE WEBER (DOC. #100)
TO MAGISTRATE JUDGE MICHAEL R. MERZ FOR REPORT AND
RECOMMENDATION

---

Senior United States District Judge Herman J. Weber having referred the

Plaintiffs' Motion to Recuse Judge Weber (Doc. #100) to the undersigned for

disposition, said Motion is referred to United States Magistrate Judge Michael R.

Merz for Report and Recommendation.

October 9, 2003

                                                /s/Walter Herbert Rice
                                                WALTER HERBERT RICE, CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

WHR/slc