FILED
KENNETH J. MURPHY
CLERK
03 OCT 31 PM 12: 22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John Sayya, *pro se*, et al., | ) Case No.: 01-CV-459 |
| Plaintiffs, | ) Senior District Judge Herman J. Weber |
| v. | ) MOTION FOR ENLARGEMENT |
| | ) OF TIME TO FILE WRITTEN |
| Waynoka Property Owners | ) OBJECTIONS TO THE PROPOSED |
| Association, Inc., et al., | ) FINDINGS AND RECOMMENDATIONS |
| | ) OF UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE MICHAEL R. MERZ |

**NOW COME** John Sayyah and Brenda Frank, plaintiffs, and, pursuant to Fed. R. Civ. 6(e), move this Court for an enlargement of time to file their written objections to the proposed findings and recommendations of United States Magistrate Judge Michael R. Merz. The reasons in support of such a motion are more particularly set forth in the accompanying memorandum. Plaintiffs would seek an enlargement of time from this Court until December 3, 2003.

### MEMORANDUM

In his "Report and Recommendations," Magistrate Judge Michael R. Merz has reached a determination that plaintiffs "have not presented any disqualifying evidence with respect to Judge Weber" and that "their Motion for Recusal should be DENIED." In order to more *properly* and *fully* file their objections to the proposed findings and recommendations of Judge Merz, plaintiffs respectfully request that this Court, pursuant to Fed. R. Civ. P. 6(e), enlarge their time to file said objections until December 3, 2003.

Respectfully submitted,

John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
937-446-4136

Brenda Frank, *pro se*
273 Yuma Drive
Sardinia, OH 45171
937-446-4136

-2-

## CERTIFICATION OF SERVICE

We hereby certify that a copy of the foregoing was served by U.S. Mail on this 31st day of October, 2003 to Herbert Freeman, Attorney at Law, 114 East Eight Street, Cincinnati, OH, 45202, Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202, Michael P. Foley, Esq., 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202, Colleen Blandford, Attorney at Law, 1400 Carew Tower, 441 Vince Street, Cincinnati, OH 45202, and Thomas Shore, Jr., Attorney at Law, Rendigs, Fry, Kiely & Dennis, LLP, 900 Fourth and Vine Tower, Five West Fourth Street, Cincinnati, OH 45202.

John Sayyah, *pro se*

Brenda Frank, *pro se*