# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN SAYYAH, et al.,

    Plaintiffs,                                      Case No. 1:01-cv-459

                                             District Judge Herman Jacob Weber
    -vs-                                          Magistrate Judge Timothy S. Hogan

WAYNOKA PROPERTY OWNERS
 ASSOCIATION, INC., et al.,

    Defendants.

## ORDER GRANTING LIMITED EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS

       This case is before the Court on Plaintiffs' Motion for a thirty-day extension of time to file objections to the Magistrate Judge's Report and Recommendations concluding that there are no grounds for the recusal of Judge Weber. Plaintiffs give no reason why they need additional time: their factual basis for recusal, such as it is, was filed almost a year ago. Similarly, the legal basis was set forth in the Motion to Recuse. There is no hearing transcript to review, nor any other basis for taking a whole month to object.

       Accordingly, Plaintiffs' time to object is extended to and including November 13, 2003, and no further. No additional extensions will be granted without a showing of good cause.

November 4, 2003.

                                                                  s/ **Michael R. Merz**
                                                              United States Magistrate Judge

H:\DOCS\Sayyah v. Waynoka 02.wpd