FILED
KENNETH J. MURPHY
CLERK

03 NOV -5 AM 10: 03

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, ET AL | CASE NO. 1:01-cv-459 |
| plaintiffs | SENIOR JUDGE HERMAN WEBER |
| | MAGISTRATE JUDGE TIMOTHY HOGAN |
| -vs- | DEFENDANT HERBERT FREEMAN'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO MAGISTRATE MICHAEL MERZ'S REPORT AND RECOMMENDATIONS |
| WAYNOKA P.O.A., ET AL | |
| defendants | |

Defendant Herbert E. Freeman, a licensed practicing attorney at law but herein proceeding pro se, formally objects to plaintiffs request to enlarge time to file objections, for the following reasons:

1. The report & recommendations of Magistrate Michael Merz was filed on October 20th of 2003. Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific written objections to the proposed findings and recommendations within ten days [emphasis added]. The last day to file objections would have been Thursday the 30th of October of 2003. Plaintiffs' objections were not filed until the following day. Furthermore no specificity exists.

-1-

2. Plaintiffs are vexatious litigators and serial abusers of process, allegations which have been well-documented in the responsive pleadings of various defendants. Hostile takeover specialists Sayyah & Frank in reality have no intention whatsoever to ever seriously present substantive testimony at a trial on the merits. The goal of plaintiffs is to win by intimidation, forcing defendants to answer various permutations & combinations of the same alleged grievances, all of which properly should be within the exclusive jurisdiction of Ohio courts. To grant a continuance under these circumstances would be to violate the premise that "Justice delayed is justice denied".

3. Defendant Herbert E. Freeman in the course of his investigation has learned that plaintiff Brenda Frank, jointly with her husband Gary Frank, has filed for bankruptcy under Chapter VII of the Bankruptcy Code. A copy of that pleading is attached hereto as an exhibit. Accordingly this claim for $7,500,000.00 in damages and for equitable relief should now be properly held by the Bankruptcy Trustee, and pursued [if at all] by him. Said claim was not listed by Frank as an asset.

Respectfully submitted,

*/s/ Herbert E. Freeman/*

Herbert E. Freeman [0005364]
Attorney at Law & pro se defendant
114 East Eighth Street
Cincinnati, Ohio  45202-2102
[513] 381-8115   FAX 381-8153

## CERTIFICATION

I certify that an exact copy of this pleading was sent by ordinary U.S. Mail [postage prepaid] to the following on the filing date time-stamped hereon:

Stephen Yeager, Attorney
One West Fourth Street
Suite 1800
Cincinnati, Ohio 45202

Steven Hengehold, Attorney
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202-3688

Colleen Blandford, Attorney
1400 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202

K. Roger Schoeni, Attorney
1400 Carew Tower
441 Vine Street
Cincinnati, Ohio  45202

David Winchester Peck, Attorney
One West Fourth Street
Suite 900
Cincinnati, Ohio  45202

Michael P. Foley, Attorney
900 Central Trust Tower
5 West Fourth Street
Cincinnati, Ohio  45202

John Sayyah
238 Waynoka Drive
Sardinia, Ohio  45171

Brenda Frank
273 Yuma Drive
Sardinia, Ohio  45171

Robert Rickling
44 Comanche Drive
Sardinia, Ohio  45171

Shirley Hempfling
5757 Cheviot Road
Unit 3-B
Cincinnati, Ohio  45247

*/s/ H.E.F./*

Herbert E. Freeman
Attorney at Law