IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| John Sayya, *pro se*, et al., | ) Case No.: 01-CV-459 |
| Plaintiffs, | ) |
| v. | ) Senior District Judge Herman J. Weber |
| Waynoka Property Owners Association, Inc., et al., | ) |
| Defendants. | ) |

# NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiffs, John Sayyah and Brenda Frank, hereby appeal to the United States Court of Appeals for the Sixth Circuit from Decision and Entry Adopting Report and Recommendations of United States Magistrate Judge (Doc.#112), thus Overruling Plaintiffs' Motion to Recuse Judge Weber (Doc.#100) Captioned Cause Returned to Judge Weber for Further Proceedings entered in this action on the 5th day of 2003.

John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
(937) 446-4136

Brenda Frank, *pro se*
273 Yuma Drive
Sardinia, OH 451
(937) 446-1265

*Pro se* litigants representing themselves.

Herbert Freeman, Attorney at Law
114 East Eight Street
Cincinnati, OH, 45202

Michael P. Foley, Esq.
900 Fourth & Vine Tower – Five W. Fourth St.
Cincinnati, OH 45202

Steven Hengehold, Attorney at Law
900 Fourth & Vine Tower – Five W. Fourth St.
Cincinnati, OH 45202

Stephen Yeager, Attorney at Law
One West Fourth Street, Suite 1800
Cincinnati, OH, 45202

Colleen Blandford, Attorney at Law
PNC Center, Suite 800 – 201 E. Fifth St.
Cincinnati, OH, 45202

Roger Schoeni, Attorney at Law
PNC Center, Suite 800 – 201 E. Fifth St.
Cincinnati, OH 45202

Opposing Counsels