Tue Jan 13 10:32:36 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.  100 421529
Cashier       ah1

Check Number: 2014687

DQ Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900  N                105.00
2:510000  N                150.00

Total Amount          $   255.00

BRENDA FRANK

APPEAL C-1-01-459

Tue Jan 13 10:32:36 2004

Check No. 2014687
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661