DEFENDANT'S EXHIBIT "A"

# New Federal Lawsuits to be filed

---

> **42 United States Code § 1983**
>
> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other persons within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit or equity, or other proper proceedings for redress...

Sayyah and Frank have been inundated by phone calls from "angry" property owners about how our property and liberty rights are being usurped and violated by the heavy handed Trustees. These people are correct to be complaining. Our rights have been abridged. That most precious right to be able to freely speak one's opinion is an American Right that has been tampered with by Her Highness, la la Liz Freeman and her court jesters and buffoons.

What others wish to do is their business, and if we can help, fine, but as to Sayyah and Frank, they will not tolerate this crap anymore, and will be bringing five to six new federal lawsuits pertaining to state and federal constitutional rights involving property and liberty rights under the First and Fourteenth amendment, as well as appropriate Controlling state and federal Laws.
Bye the Bye, all the other lawsuits are alive and well, and doing just great.

Please if you have any information on how you have been treated, or if you know anything about anything, please contact us at the address below.

---

Lake Waynoka Free Press

PO Box 101
Georgetown, OH
45121

If you wish not to identify yourself just make a code and if you ever want to contact and talk just mention the code and that will be fine.



SpeakOut!



John Sayyah
238 Waynoka Drive
Sardinia, OH 45171

Liz Freeman
10 Wolverine Cove
Sardinia, OH 45171

Received
02-13-04



SpeakOut! Publications
***WatchForce, Inc.***                                           VOLUME 1 ISSUE 2



# Lake Waynoka
# *F*ree *P*ress



DEFENDANT'S EXHIBIT "C"

"When men are corrupt, laws are broken" Benjamin Disraeli 1871

## POLICY STATEMENT

Dear Friends and Neighbors:

We, the volunteers and staff at the **FREE PRESS**, are committed to bringing management reform and majority rule back in conformity with the WPOA Restrictive Covenants and Code of Regulations as required by our deeds *that* are duly recorded at the Brown County Recorders Office, Georgetown, Ohio. To that end, we are determined to bring Tim O'Farrell and members of the Board of Trustees before the bar of justice, holding each and everyone of them, past and present, accountable for the flagrant breach of fiduciary duty of care and undivided loyalty, as well as gross abuse of authority and discretion.

We further commit ourselves that **OUR** Lake Waynoka Community shall never ever again be subverted from within.

Again, welcome...

### ETHICS & HONESTY
*John Saggah*



The ethics and honesty of Tim O'Farrell and the WPOA Board of Trustees has become more and more a struggle as to what kind of community and people we are.

Make no mistake, this struggle *is* between right and wrong, good and evil. In that regard, we are ALL engaged in THIS "struggle."

This **FREE PRESS** is being made available for you, the property owners, to know the TRUTH of WHAT is REALLY going on in this community of ours. The staff, writers, and I commit ourselves to tell it like it is — the good, the bad and the ugly.

We all share a common destiny; it's a question of how we get there.

Whether by majority rule or rule by the "elitist" few?

### We say, "Majority rule. *What say you?*"

### WPOA Board On Wild Spending Spree

**By Brenda Frank** — *staff writer*

This is totally nuts. This insane spending spree by our "out-of-control" WPOA Board crowd is like having drunks driving you and your family down a dark country road at 100 miles an hour with no headlights: "You don't know what the hell is ahead of you, but you hope and pray you and your family don't run into it..."

I hate to tell you this folk but we have crazies running our community. I have never in all my life seen such insanity. I don't quite get it! We don't have enough money in the old checking account to buy propane to heat our ice-cold pool and here we have our wacky WPOA Board Members out in full force and regalia having a good old time spending our hard-earned cash like there's no tomorrow, just whopping it up, popping corks off Champaign bottles.

And, get this, what is even more insane, *we are permitting it.*

Let's stop the insanity, and let's do it now before we all end up in the poor house.

 ***Enough is enough!***

*The people are sick and tired of the whole damn rotten bunch. The lies, deceits and deceptions of Tim O'Farrell and his kiss-up WPOA Board Members. The alleged thefts by Tim O'Farrell. The transparent ploys and cover-ups by the board members....they are just plain sick and tired of it all...*

**Lake Waynoka Free Press**: committed to exposing the lies, deceits and deceptions of Tim O'Farrell and the WPOA Board. The cover-ups of fraud, waste, thefts-in-office, thefts-by-deception, theft-by-conversion, unlawful private use of our vehicles, stealing gasoline over the years, under-the-table kickbacks, the *inside* hanky-panky with our lots, and more, much more —please *see other side...*



For the past five years, John Sayyah and Brenda Frank (and others) have looked very closely into the alleged thefts and wrong doings of O'Farrell with cover-ups by WPOA and WRWSD Boards. In following issues, we intend to fully and completely expose the following alleged wrongdoings:

- Theft-by-deception of a WPOA bush-hog by Tim O'Farrell.
- Obstruction and cover-up of the above by Tom Joyce, Betty Purdin and others.
- Theft-by-deception of Mrs. Byrd's camper and two pontoon boats involving Tim O'Farrell.
- A Civil RICO (acts of racketeering) complaint filed in Federal Court by John Sayyah and Brenda Frank, charging a variety of alleged crimes committed by O'Farrell and 31 other WPOA defendants, as well as WPOA Legal Counsel, Jay Cutrell, WPOA Accounting Firm, Kamphaus, and the Real Estate Firm, Fenders
- Defrauding of Federal grants and low cost loans.
- Mail Fraud.
- Games played by O'Farrell in an insider's scheme to gain control of lots.
- The personal use of our workers and equipment by O'Farrell.
- The use of our workers and equipment for friends of O'Farrell.
- The use of a WPOA credit card for personal use.
- The kickbacks and payoffs to O'Farrell.
- Making out false official statements and reports by O'Farrell.
- The deception and illegal forming of the WRWSD by O'Farrell and others.
- The unlawful gauging of fees and dues by the WPOA Board.
- The lies, perjury and hypocrisy of Tome Joyce.
- The lies, perjury and hypocrisy of O'Farrell
- The Con Job that a majority of the WPOA Board can raise fees and dues.
- The truth: WPOA Board can propose, but 2/3 of the members must approve.
- And more, much more.

The above is a partial list....more to follow...



See attached article which took over three months and was fully investigated for its veracity.

Sayyah is to be held fully responsible for all articles appearing in this newspaper and will *personally* defend against each and every defamatory lawsuits.

**Enough is enough! Corruption must stop!**

This is a call to hope and to action, a call to the hard work of organizing ourselves into a broad coalition of property owners sick and tired of the lies and deceits of our Board of Trustees and the lies and deceits of our General Manager.

More than that, this is a call to re-constitute ourselves into a smashing new force to end rule by the corrupt few.



**Become involved. It's your community.**

DEFENDANT'S EXHIBIT "D"

# Brown County _needs_ Sheriff Wenninger.



Truly dedicated peace officers, let's unite to support him, as well as Chief Deputy Dunn, and Captain Creighton...and all the other outstanding detectives and deputy sheriffs...

WatchForce, Inc.
PO Box 188
Blacklick, OH 43004



Ma___ Rule

Truth is violated by falsehood, but it is outraged by silence.

WatchForce, Inc.

**"When men are corrupt, laws are broken"** —Disraeli 1874



*The rule of law...*

This state of conflict we're in gets us right down to the serious issue of ethics and honesty—and therein lies the problem here at Lake Waynoka.

The question of ethics and honesty has become more and more a startling question as to what kind of community and people are we.

Make no mistake, what we at *WatchForce, Inc.* are engaged in and fully committed to is serious business...

And that "serious business" has much to do about:

- **Ethics and honesty**

---

Lake Waynoka's Struggle between Right and Wrong

## SpeakOut! Publications

Two brand new newspapers will hit the newsstands, one for Lake Waynoka and one for Brown County.

- There will be no charge, no ads.
- Corruption will be reported.
- We are against the current use of the courts and the prosecutor's office by special interests.
- We fully support Sheriff Wenninger, his staff and his people.
- We will assert the privileges of the "Freedom of the Press."
- We encourage the holding of mass demonstrations, rallies, protest marches, picketing, and whatever other peaceful means lawfully available to the people.
- The people must *know*: this is their Courts, their prosecutor's Office, and their Sheriff's Dept.

We will devote our selves, our energies, and our recourses to the future welfare of Lake Waynoka, Brown county, and all the "Freedoms" guaranteed to all of its citizens.

**John Sayyah, Editor**

President of:

- WatchForce, Inc.
- SpeakOut! Publications
- Schools "R" US ... draisers, Inc.



WatchForce, Inc.
PO Box 101
Georgetown, OH
45121

Our WEB Site is presently being designed and will be available for information and downloads SOON.