# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0459 | **Court of Appeals Case No:** 04-3223 |
| **SHORT CAPTION** | |
| JOHN SAYYA, Pro Se, et al., | **Case Manager:** |
| RECEIVED JAN - 6 2004 Leonard Green Clerk | |
| **Plaintiff/Petitioner** vs. | **Date Filed:** |
| WAYNOKA PROPERTY OWNERS ASSOC, INC., et al., | MICHELLE DAVIS FILED FEB 2 3 2004 LEONARD GREEN CL |
| **Defendant/Respondent** John Sayya — 238 Waynoka Drive — Sardinia, OH 45171 / Brenda Frank — 273 Yuma Drive — Sardinia, OH 451 | |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** WALTER H. RICE | **Anything That Needs Special Attention** INTERLOCUTORY NOTICE OF APPEAL(DOC.121) appealing Order(doc.117) entered on 12/5/03. Motion to reconsider pending #198 on docket |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** January 5, 2004 | |
| $255.00 Appeal Filing Fee Paid? **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**JAMES BONINI**
Clerk: _____
United States District Court

04 FEB 24 AM 9:09