# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
www.ca6.uscourts.gov

Filed: February 23, 2004

John Sayyah
238 Waynoka Drive
Sardinia, OH 45171

Brenda Frank
273 Yuma Drive
Sardinia, OH 45171

Mr. Herbert E. Freeman
114 E. Eighth Street
Cincinnati, OH 45202

Mr. Michael P. Foley
Rendigs, Fry, Kiely & Dennis
1 W. Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Mr. Stephen M. Yeager
Patsfall, Yeager & Pflum
1 W. Fourth Street
Suite 1800
Cincinnati, OH 45202

Ms. Colleen M. Blandford
Kohnen & Patton
201 E. Fifth Street
Suite 800 PNC Center
Cincinnati, OH 45202



C-1-01-459

Re: No. 04-3223
<u>Sayyah vs. Waynoka Property</u>
District Court Case No. 01-00459

Dear Counsel:

    An appeal has been docketed today as case number **04-3223**. However, it appears that a motion of the type specified in Fed. R. App. P. 4(a)(4) remains pending in the lower court. Until the motion receives a ruling by the district judge, the notice of appeal is ineffective to appeal from the judgment or order, according to the Federal Rules of Appellate Procedure as amended on December 1, 1998.

    This case will be held in abeyance until the order disposing of the motion is filed and jurisdiction has transferred to the court of appeals. Until that time, no motions will be accepted for filing in

this court. Once the court of appeals has jurisdiction, the appeal will then proceed in the normal course and you will receive additional instructions from the clerk's office.

The clerk of the district court is instructed to provide this court with a current copy of the docket sheet every 30 days as a status report, beginning as of this date.

Motion to reconsider pending, filed on 12/17/03.

Michelle M. Davis
Case Manager

cc:
Mr. James A. Bonini
Honorable Walter H. Rice