UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT


FILED
JAMES BONINI
CLERK

No: 04-3223

04 MAY 17 PM 12:59

Filed: May 14, 2004

JOHN SAYYAH; BRENDA FRANK

    Plaintiffs - Appellants

1:01cv459

v.

WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al.

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 3/19/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:   NONE

Attest:

_____
Deputy Clerk