IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN SAYYA, *pro se*, et al.,

    Plaintiffs,

vs.

WAYNOKA PROPERTY OWNERS
ASSOCIATION, INC., et al.,

    Defendants.

Case No. 1:01cv459

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ORDERING PLAINTIFFS' MOTION FOR RECONSIDERATION (DOC. #118)

---

Plaintiffs have filed a Motion for Reconsideration of this Court's Order of December 5, 2003, denying Plaintiffs' Motion to Recuse Senior United States District Judge Herman J. Weber and adopting the Magistrate Judge's Report and Recommendations (Doc. #112) in that regard. Having reviewed the relevant documents in this Court's file, the Court is satisfied that its Decision of December 5, 2003 (Doc. #117), is correct. Accordingly, Plaintiffs' Motion for Reconsideration is denied.

May 24, 2004

                                WALTER HERBERT RICE
                            UNITED STATES DISTRICT JUDGE

Copies to:

John Sayya, *Pro Se*
Brenda Frank, *Pro Se*
Shirley Hempfling, *Pro Se*
Matthew R. Skinner, Esq.
Stephen M. Yeager, Esq.
Herbert E. Freeman, Esq.
David W. Peck, Esq./Michael P. Foley, Esq.
Steven D. Hengehold, Esq./Thomas S. Shore, Jr., Esq.
K. Roger Schoeni, Esq./Colleen M. Blandford, Esq.

Honorable Herman J. Weber
Leonard Green, Clerk, U. S. Court of Appeals

WHR/slc