**United States District Court**
**Southern District of Ohio**
**Western Division**
**Cincinnati, Ohio**

JOHN SAYYAH, et al.,
          Plaintiff                                              Civil Action No.   C-1-01-459

          vs.                                                    Weber, J.; Black, M.J.

WAYNOKA PROPERTY OWNERS
ASSOCIATION, INC., et al.,
          Defendants

**PRELIMINARY PRETRIAL CONFERENCE NOTICE**
**PURSUANT TO FED. R.CIV.P. 16 AND 26(f)**

Effective December 1, 2000, significant revisions were made to the Federal Rules of Civil Procedure, with the result that the Southern District of Ohio no longer has the authority to opt-out of either the MANDATORY DISCLOSURE RULES of Fed. R. Civ. P. 26(a)(1), or the MANDATORY DISCOVERY CONFERENCE of counsel and any *pro se* parties required by Fed. R. Civ. P. 26(f).  Accordingly, as soon as practicable, but, in any event, no later than receipt of this notice, all counsel and any *pro se* parties shall agree on a date for their Discovery Conference as required by Fed. R. Civ. P. 26(f).  In addition, the parties must file the Report required by said Rule (*see* attached form) not later than 14 days after the Discovery Conference held by the parties.  Unless otherwise agreed in the Discovery Plan, the parties shall make the disclosures required by Fed. R. Civ. P. 26(a)(1) at or within 14 days after the Discovery Conference.

It is therefore ORDERED that the parties comply with the above mandates of Fed. R. Civ. P. 26(f) and file the Rule 26(f) Report of the Parties by **JULY 15, 2004**.  The Court will thereafter, pursuant to Rule 16(b), enter a Calendar Order, or will set and hold a Scheduling Conference after which a Calendar Order will be issued.

s/Jan Lahley
Courtroom Deputy/Administrative Assistant
for Magistrate Judge

**United States District Court**
**Southern District of Ohio**
**Western Division**
**Cincinnati, Ohio**

Plaintiff                                    Case No.

vs                                                    **RULE 26(f) REPORT OF THE PARTIES**

Defendant

1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on _____, and was attended
      by:
      _____ Counsel for plaintiff _____

      _____ Counsel for plaintiff _____

      _____ Counsel for plaintiff _____

      _____ Counsel for defendant _____

2.    The parties:
      ___    have exchanged the discovery disclosures required by Rule 26(a)(1)
      ___    will exchange such disclosures by _____
      ___    are exempt from disclosure under Rule 26(a)(1)(E)
      ___    have agreed not to make initial disclosures.

3.    The parties:
      ___    do not unanimously consent to the jurisdiction of, and entry of judgment by, the
             United States Magistrate Judge pursuant to 28 U.S.C. §636 (c)
      ___    unanimously consent to the jurisdiction of, and entry of judgment by, the United
             States Magistrate Judge pursuant to 28 U.S.C. §636 (c)

4.    Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional
      parties:                                    _____

5.    Is this case appropriate for mediation after a limited discovery period?    _____
      Will the parties request the services of a court mediator?            _____
      Has a settlement demand been made?                                        _____
      Date by which a settlement demand can be made?                            _____
      Date by which a response can be made to settlement demand?                _____

6.    Recommended Discovery Plan:
      A.    Describe the subjects on which discovery is to be sought and the nature
            and extent of discovery that each party needs to: (1) make a settlement evaluation,

(2) prepare for case dispositive motions and (3) prepare for trial:

_____

_____

_____

_____

B.    What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the S.D. Ohio Civ. Rules, including the limitations to 25 interrogatories, 40 requests for admissions, and the limitation of ten depositions, each lasting no more than one seven-hour day?

_____

_____

_____

_____

C.    Additional recommended limitations on discovery:

_____

_____

_____

_____

D.    Describe the areas for which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of Fed. R. Civ. P. 26(a)(2).

_____

_____

_____

_____

E.    Recommended date for identifying primary experts: _____

F.    Recommended date for producing primary expert reports: _____

G.    Recommended date for identifying rebuttal experts: _____

H.    Recommended date for producing rebuttal expert reports: _____

I.    Recommended discovery cut-off date:    _____

7.    Recommended Dispositive Motion Deadline date:    _____

8.    Recommended date for Joint Pretrial Order:    _____
(at least 30 days before trial date)

9.    Recommended date for trial term:    _____

10.    Other matters for the attention of the Court:

_____

_____

_____


SIGNATURES:
Attorneys for Plaintiff                              Attorneys for Defendant or Third Parties:

_____                               _____
Ohio Bar #                                          Ohio Bar #
Trial Attorney for                                  Trial Attorney for


_____                               _____
Ohio Bar #                                          Ohio Bar #
Trial Attorney for                                  Trial Attorney for


_____                               _____
Ohio Bar #                                          Ohio Bar #
Trial Attorney for                                  Trial Attorney for