UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, et al., | Case No. C-1-01-459 |
| Plaintiffs, | Judge Herman T. Weber |
| v. | NOTICE OF DISCOVERY CONFERENCE |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al., | |
| Defendants. | |

Please take notice that the discovery conference, pursuant to this Court's order and as required by Fed. R. Civ. P. 26(f) will be held on Tuesday, July 13, 2004 at 9:00 a.m. in the courtroom or jury room of Magistrate Judge Black. Magistrate Judge Black's courtroom and jury room are located in the Potter Stewart United States Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202.

Respectfully submitted,

/s/Stephen M. Yeager
Stephen M. Yeager (0011841)
Attorney for above-referenced Defendants
Patsfall, Yeager & Pflum LLC
One West Fourth Street, Suite 1800
Cincinnati, OH 45202
(513) 721-4500 Telephone
(513) 639-7554 Facsimile
SYEAGER@PYPLAW.COM

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ordinary U.S. mail on John Sayyah, Brenda Frank and Shirley Hempfling on June 28, 2004. The Court will send notification to the following via electronic mail:

John Sayyah
238 Waynoka Drive
Sardinia, Ohio 45171

Brenda Frank
273 Yuma Drive
Sardinia, Ohio 45171

Shirley Hempfling
3376 Citrus Lane
Cincinnati, Ohio 45239

Steven Hengehold, Esq.
Shengehold@rendigs.com

Colleen Blandford, Esq.
Cblandford@kohnenpatton.com

Kenneth Roger Schoeni, Esq.
Rschoeni@kohnenpatton.com

Herbert Freeman, Esq.
Bertfreeman@msn.com

Matthew R. Skinner, Esq.
Matt_skinner@staffdefense.com

Michael P. Foley, Esq.
Mfoley@rendigs.com

David Winchester Peck, Esq.
Dpeck@rendigs.com

/s/ Stephen M. Yeager
Stephen M. Yeager

2