United States District Court
Southern District of Ohio
Western Division
Cincinnati, Ohio

John Sayyah Pro se, et al
Plaintiff

Case No. C-1-01-459

vs

RULE 26(f) REPORT OF THE PARTIES

Waynoka Property Owners Assoc. Inc. et al
Defendant

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on __7/13/04__, and was attended by:
   __John Sayyah__ Pro Se Counsel for plaintiff _____
   __Brenda Frank__ Pro Se Counsel for plaintiff _____
   _____ Counsel for plaintiff _____
   __Michael Foley__ Counsel for defendant __Jay Cutrel__
   Colleen Blanford
   Steve Henghold
2. The parties: Steve Yoager
   ___ have exchanged the discovery disclosures required by Rule 26(a)(1)
   _X_ will exchange such disclosures by __Aug 13 2004__
   ___ are exempt from disclosure under Rule 26(a)(1)(E)
   ___ have agreed not to make initial disclosures.

3. The parties:
   _X_ do not unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 (c)
   ___ unanimously consent to the jurisdiction of, and entry of judgment by, the United States Magistrate Judge pursuant to 28 U.S.C. §636 (c)

4. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties:    __Aug 13 2004__

5. Is this case appropriate for mediation after a limited discovery period?  __No__
   Will the parties request the services of a court mediator?  __No__
   Has a settlement demand been made?  __No__
   Date by which a settlement demand can be made?  __No__
   Date by which a response can be made to settlement demand?  __No__

   ← Not Interested in Settlement with Certain Parties.

6. Recommended Discovery Plan:
   A. Describe the subjects on which discovery is to be sought and the nature and extent of discovery that each party needs to: (1) make a settlement evaluation,

(2) prepare for case dispositive motions and (3) prepare for trial:

πs will take Depositions of Parties. 20-30 Non-Party depos. πs will have 10 experts who will be deposed. Sept 1, 2004 is deadline for πt expert Reports to be sent to all Counsel. ∆ shall have until Dec 1, 2004 to produce expert Reports. ∆ will take depo of all plaintiffs and witnesses identified by Plaintiffs. ∆ will take depo of all of πt experts.

B. What changes should be made, if any, in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the S.D. Ohio Civ. Rules, including the limitations to 25 interrogatories, 40 requests for admissions, and the limitation of ten depositions, each lasting no more than one seven-hour day?

Parties agree to all limitations except there will be more than 10 deposition.

C. Additional recommended limitations on discovery:

∆'s Request that depositions of parties Not Applicable can be taken once even though there are several Federal Actions pending. Multiple depositions of parties shall be precluded.

D. Describe the areas for which expert testimony is expected and indicate whether each expert will be specially retained within the meaning of Fed. R. Civ. P. 26(a)(2).

π Shall have until Sept 1, 2004 to comply with 26(a)(2).
∆ Shall have until Dec 1, 2004 to comply with 26(a)(2)

E. Recommended date for identifying primary experts: Sept 1, 2004 πt / Dec 1, 2004 ∆

F. Recommended date for producing primary expert reports: Sept 1, 2004 πt / Dec 1, 2004 ∆

G. Recommended date for identifying rebuttal experts: Dec 1, 2004

H. Recommended date for producing rebuttal expert reports: Dec 1, 2004

I. Recommended discovery cut-off date: 5/3/05

7. Recommended Dispositive Motion Deadline date: 6/1/05
8. Recommended date for Joint Pretrial Order: Sept 05
(at least 30 days before trial date)

9. Recommended date for trial term: Oct 05

10.   Other matters for the attention of the Court:

*The parties request a date for decision on pending Motions to dismiss. It indicated they will file suit against the Court should there be an adverse ruling.*

SIGNATURES:

| Attorneys for Plaintiff | Attorneys for Defendant or Third Parties: |
|---|---|
| _[signature]_ | _Mike Foley_ |
| Ohio Bar # | Ohio Bar # 0061227 |
| Trial Attorney for _[signature]_ | Trial Attorney for _Jay Cottrell_ |
| _John Reynolds_, pro se | _Mark Shu___ |
| Ohio Bar # | Ohio Bar # 0055287 |
| Trial Attorney for _Pro Se._ | Trial Attorney for _Robert Rickling_ |
| _[signature]_ | _Stu Mikel_ |
| Ohio Bar # | Ohio Bar # 0030184 |
| Trial Attorney for | Trial Attorney for _Kamphaus et al_ |

_Steve M Yugg_
_Atty for Waynale, et al_

Colleen Blandford
Ohio Bar # 0061877
Trial Attorney for Don Fender et al

Shirley Hempfling, Pro Se
Representing self at present time