# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John Sayyah, et al,
    Plaintiffs,                                             **Civil Action No: C-1-01-459**

vs.

                                                          **CALENDAR ORDER**
                                                       (WEBER, J.; Black, M.J.)

Waynoka Property Owners Association, et al.,
    Defendants

This case shall proceed as follows:

    1.    Deadline for Amended Complaint and adding parties: 8/13/04

    2.    Discovery deadline:                       5/3/05

          Deadline to identify plaintiff's primary experts:    9/1/04
          Deadline to produce plaintiff's primary expert reports:    9/1/04
          Deadline to identify defendant's primary experts:    12/1/04
          Deadline to identify defendant's primary expert reports: 12/1/04

          Deadline to identify rebuttal experts:         12/1/04
          Deadline to provide rebuttal expert reports:    12/1/04

    3.    Dispositive motion deadline:        6/1/05

    4.    Joint Final Pretrial Conference Order:    9/05

    5.    Trial Term before Judge Weber:      10/05


Date: 7/26/04                                    s/<u>Timothy S. Black</u>
                                             Timothy S. Black
                                             United States Magistrate Judge