K. Roger Schoeni (0004812)
Colleen M. Blandford (0061877)
Attorneys for Defendants Donald E. Fender, Inc.,
Milan Gorby, and James L. Bridges

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN SAYYAH, *pro se*, et al., | : Case No. C-1-01-459 |
| Plaintiffs, | : Judge Herman T. Weber |
| | : Magistrate Judge Black |
| vs. | : |
| | : INITIAL DISCLOSURES |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al., | : PURSUANT TO RULE 26(a)(1) |
| Defendants. | : |

Come now Defendants Donald E. Fender, Inc., James L. Bridges, and Milan Gorby, by and through counsel, and set forth the following initial disclosures pursuant to the Rule 26(f) Report of the Parties and Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A.    Individuals With Discoverable Information.**

1.  Donald E. Fender
    Donald E. Fender, Inc.
    221 North High Street
    Hillsboro, OH 45133

2.  James Bridges
    10387 McCall Road
    Georgetown, OH 45121

3.  Milan Gorby
    12 Waynoka Cv.
    Sardinia, OH 45171-9227

    Mr. Fender, Mr. Bridges and Mr. Gorby are knowledgeable about the operations of Donald E. Fender, Inc. at Lake Waynoka, any and all leases or other agreements between Donald E. Fender, Inc. and Waynoka Property Owners Association, Inc., and other issues raised in Plaintiff's Complaint.

4.  John Sayyah
    238 Waynoka Drive
    Sardinia, OH 45171

5. Brenda Frank
273 Yuma Drive
P.O. Box 588
Sardinia, OH 45175

6. All other individuals identified in Plaintiff's Complaint.

7. Representative(s) of Ohio Department of Commerce
Division of Real Estate and Professional Licensing
77 South High Street, 20th Floor
Columbus, Ohio 43215-6133.

Representatives have knowledge regarding the Complaint filed by Joyce Casper against Donald E. Fender, Inc. raising many issues identical to those in the Complaint, as well as the determination that there was lack of reasonable and substantial evidence of a violation of Chapter 4735 of the Ohio Revised Code.

8. All persons identified by Plaintiffs.

9. All persons identified by any other party.

10. Defendants reserve the right to supplement these responses as discovery progresses and prior to trial pursuant to Civil Rule 26.

**B.    Identification of Documents Supporting Defenses.**

1. Any and all leases, agreements and other related documents between Donald E. Fender, Inc. and Waynoka Property Owners Association, Inc. from 1998 through the present.

2. Records of rent payment from Donald E. Fender, Inc. to WPOA from 1998 – present.

3. All documents attached to Plaintiff's Complaint.

4. Complete file produced by State pursuant to open records request from *Joyce Casper v. Donald E. Fender, Inc.*, Ohio Division of Real Estate Case No. 260299-3.

5. Complete file kept by Donald E. Fender, Inc. relating to *Joyce Casper v. Donald E. Fender, Inc.*, Ohio Division of Real Estate Case No. 260299-3.

      6.      Records regarding real estate license of James Bridges from 1995 to the present, including transfers.

      7.      Records regarding real estate license of Milan Gorby from 1998 to the present, including transfers.

      8.      Complete file related to license issuance for corporate branch office of Donald E. Fender, Inc. at Lake Waynoka.

      9.      Records regarding properties sold at Lake Waynoka.

      10.      All documents identified by Plaintiffs.

      11.      All documents identified by any party.

      12.      Defendants reserve the right to supplement this response as discovery progresses and prior to trial, pursuant to Rule 26.

**C.**      **Insurance Agreement.**

Available for inspection and copying upon request.

      Respectfully submitted,

      KOHNEN & PATTON LLP

      /s/ Colleen M. Blandford
      K. Roger Schoeni (0004812)
      Colleen M. Blandford (0061877)
      Attorneys for Defendants Donald E. Fender, Inc., Milan Gorby, and James L. Bridges
      PNC Center, Suite 800
      201 East Fifth Street
      Cincinnati, OH 45202-2994
      Telephone: (513) 381-0656
      Facsimile: (513) 381-5823

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was served this 12th day of August 2004, via electronically upon the following:

Michael P. Foley, Esq.
Steven Donald Hengehold, Esq.
mfoley@rendigs.com; shengehold@rendigs.com
Rendigs, Fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower
Five West Fourth Street
Cincinnati, OH  45202-3688
Attorney for Defendant Jay D. Cutrell

Stephen M. Yeager, Esq.
syeager@pyplaw.com
Patsfall, Yeager & Pflum, LLC
1 West Fourth Street, Suite 1800
Cincinnati, OH 45202

and via Regular US Mail upon the following:

Brenda Frank
273 Yuma Drive
P.O. Box 588
Sardinia, OH 45171

John Sayyah
238 Waynoka Drive
Sardinia, OH 45171

Matthew R. Skinner
P.O. Box 145496
Cincinnati, OH 45259-5485

Robert Rickling
44 Comanche Drive
Sardinia, OH 45171

David Winchester Peck
Rendigs Fry Kiely & Dennis LLP
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

- 5 -

Herbert Edmund Freeman
114 East Eighth Street
Cincinnati, OH 45202-2102

Shirley Hempfling
5757 Cheviot Road
3B Unit
Cincinnati, OH 45247

/s/ Colleen M. Blandford
Colleen M. Blandford

196786.1:CINTI-44044
8/12/2004