Matthew R. Skinner (0055287)
Attorney for Defendant Robert Rickling

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN SAYYAH, et al. | : | Case No. C-1-01 459 |
| Plaintiffs | : | Judge Herman T. Weber |
| vs. | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al. | : | |
| Defendants | : | |

Please take notice that Matthew R. Skinner, Esq., P.O. Box 145496, Cincinnati, Ohio 45250-5496 hereby enters his appearance as trial attorney of record for defendant Shirley Hempfling.

The Clerk of Courts is ordered to make the appropriate notation upon the docket.

_____
Matthew R. Skinner (0055287)
Attorney for Defendant Shirley Hempfling
P. O. Box 145496
Cincinnati, OH 45250-5496
513-603-5097
513-870-2900 (fax)
matt_skinner@staffdefense.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by ordinary U.S. Mail upon the following this __11th__ day, August, 2004.

| | |
|---|---|
| John Sayyah<br>**Plaintiff**<br>238 Waynoka Drive<br>Sardinia, Ohio 45171 | Stephen M. Yeager (0011841)<br>One West Fourth Street, Suite 1800<br>Cincinnati, Ohio 45202<br>513-721-4500<br>513-639 7554 (fax)<br>syeager@pyplaw.com<br><br>Herbert E. Freeman<br>30 East Central Parkway<br>620 American Building<br>Cincinnati, Ohio 45202<br>513-381-8115<br>513-381-8153 (fax)<br>bertfreeman@msn.com<br><br>**Attorneys for Defendants**: Waynoka Property Owners Association, Waynoka Property Owners Association Board of Trustees, Waynoka Regional Water & Sewer District, Waynoka Regional Water and Sewer District Board of Trustees, Kay Bundy, Carol Dotson, Vicki Johnson, Timothy O'Farrell, George Culver, Steve Sanders, Jerry Andrews, Andrew Bilhardt, Mary Chance, Joan Conners, Greg Dawson, Gary Greenlee, Ruth Hamm, Shirley Hempfling, Lowell Jackson, Thomas Joyce, Nancy Klein, James Marck, William Marshall, Kenny Myers, Sharon Otto, Betty Purdin, Aristotle Rousso, Jim Sander, Carl Seymour, James Taylor, Tom Wyatt, Fred Daulton, Herbert Freeman, Randall Pike, Lizabeth Freeman and Bob Lund |
| Brenda Frank<br>**Plaintiff**<br>273 Yuma Drive<br>Sardinia, Ohio 45171 | Michael P. Foley<br>David Winchester Peck<br>**Attorneys for Defendant Jay Cutrell**<br>One W. Fourth Street, Suite 900<br>Cincinnati, Ohio 45202-3688<br>513-381-9200 |

Steven Donald Hengehold
Thomas Spencer Shore, Jr.
**Attorneys for Defendants**: Kamphaus, Henning & Hood
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202
513-381-9200
shengehold@rendigs.com

K. Roger Schoeni
Colleen M. Blandford
**Attorneys for Defendants:** Donald E. Fender, Inc., James L. Bridges and Milan Gorby
201 East Fifth Street, Suite 800
Cincinnati, Ohio 45202
513-381-0656
cblandford@kkohnenpatton.com
rschoeni@kohnenpatton.com

_____
Matthew R. Skinner