Michael P. Foley, Esq. (0061227)<br>
Attorney for Jay D. Cutrell

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN SAYYAH (Pro Se) and | : | CASE NO. C-1-01-459 |
| BRENDA FRANK (Pro Se) | : | Judge Herman Weber |
| Plaintiff, | : | |
| vs. | | DEFENDANT, JAY CUTRELL'S |
| | : | RULE 26 DISCLOSURE |
| JAY D. CUTRELL, | : | |
| Defendant | : | |

Comes now Defendant, Jay D. Cutrell hereinafter ("Cutrell"), by and through counsel, and submits his Initial Disclosures pursuant to Federal Rule 26(A):

A. **Individuals Likely to Have Discoverable Information:**

1. All Defendants named in the present litigation.

2. John Sayyah.

3. Brenda Frank

4. All property owners at Lake Waynoka.

5. All current and past board members, officers and agents of WPOA and WRWSD.

The Defendant, Jay D. Cutrell reserves the right to supplement this list of individuals pursuant to Federal Rules of Civil of Procedure and the Rules of this Court.

B. **Documents**

1. All documents identified by the Plaintiffs and Defendants either through responses to discovery or their Initial Rule 26 Disclosures.

The Defendant, Jay D. Cutrell reserves the right to supplement this list of documents pursuant to Federal Rules of Civil of Procedure and the Rules of this Court.

**C.   Computation of Damages:**

Not applicable to this Defendant.

**D.   Insurance Agreements**:

Insurance Agreement will be made available for inspection and copying upon a reasonable request submitted to the undersigned counsel.

Respectfully submitted,

**RENDIGS, FRY, KIELY & DENNIS, L.L.P.**

_____
Michael P. Foley, Esq. (0061227)
900 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
Tel. (513) 381-9309
Fax. (513) 381-9276
*Trial Attorney for Defendant, Jay D. Cutrell, Esq.*

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this August 16, 2004 to:

John Sayyah, (Pro Se)
238 Waynoka Drive
Sardinia, Ohio 45171

Brenda Frank (Pro Se)
3021 Rio Brazos Drive
Sardinia, Ohio 45171

Stephen M. Yeager, Esq.
**Patsfall, Yeager & Pflum**
One West Fourth Street
Suite 1800
Cincinnati, Ohio 45202
*Attorney for:*
*Waynoka Property Owners Association, Inc.*
*Kay Bundy, Carol Dotson*
*Vicki Johnson, Timothy O'Farrell*
*George Culver, Steve Sanders*
*Jerry Andrews, Andrew Bilhardt*
*Mary Chance, Joan Conners*
*Greg Dawson, Gary Greenlee*
*Ruth Hamm, Shirley Hempfling*
*Lowell Jackson, Nancy Klein,*
*James Marck, William Marshall,*
*Kenny Meyers, Sharon Otto,*
*Betty Purdin, Robert Rickling,*
*Aristotle Rousso, Jim Sanger, Carl Seymour*
*James Taylor and Tom Wyatt*

Steven D. Hengehold, Esq.
**Rendigs, Fry, Kiely & Dennis**
*Attorneys for Kamphaus, Henning & Head*

K. Roger Schoeni, Esq.
Colleen M. Blanford, Esq.
**Kohnen & Patton, LLP**
441 Vine Street
1400 Carew Tower
Cincinnati, Ohio 45202
*Attorneys for Donald E. Fender, Inc.*
*Milan Gorby and James L. Bridges*

James A. Hunt, Esq.
**Hunt, Nichols & Schwartz**
97 Main Street
Batavia, Ohio 45103
*Attorney for Thomas Joyce*

Herbert E. Freeman, Esq.
**Herbert Freeman Law Office**
The Citadel
114 East Eighth Street
Cincinnati, Ohio 45202-2102
*Attorney for*
*Waynoka Property Owners Board of Trustees*
*Waynoka Regional Water and Sewer District*

Mr. Fred Daulton, Police Officer
**Village of Georgetown Police Department**
Georgetown, Ohio 45121

/s/

Michael P. Foley