Steven D. Hengehold (0030134)
Attorney for Defendant, Kamphaus, Henning & Hood

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN SAYYAH (Pro Se) and | : | CASE NO. C-1-01-459 |
| BRENDA FRANK (Pro Se) | : | Judge Herman Weber |
| Plaintiff, | : | |
| vs. | | DEFENDANT, KAMPHAUS, HENNING & HOOD'S RULE 26 DISCLOSURE |
| | : | |
| JAY D. CUTRELL, | | |
| | : | |
| Defendant | | |
| | : | |

Comes now Defendant, Kamphaus, Henning & Hood, by and through counsel, and submits its Initial Disclosures pursuant to Federal Rule 26(A):

**A.  Individuals Likely to Have Discoverable Information:**

1. All Defendants named in the present litigation.

2. John Sayyah.

3. Brenda Frank

4. All property owners at Lake Waynoka.

5. All current and past board members, officers and agents of WPOA and WRWSD.

The Defendant, Kamphaus, Henning & Hood reserves the right to supplement this list of individuals pursuant to Federal Rules of Civil of Procedure and the Rules of this Court.

**B.  Documents**

1. All documents identified by the Plaintiffs and Defendants either through responses to discovery or their Initial Rule 26 Disclosures.

The Defendant, Kamphaus, Henning & Hood reserves the right to supplement this list of documents pursuant to Federal Rules of Civil of Procedure and the Rules of this Court.

**C.**     **Computation of Damages:**

Not applicable to this Defendant.

**D.**     **Insurance Agreements**:

Insurance Agreement will be made available for inspection and copying upon a reasonable request submitted to the undersigned counsel.

                Respectfully submitted,

                **RENDIGS, FRY, KIELY & DENNIS, L.L.P.**

                /s/ Steven D. Hengehold
                Steven D. Hengehold, Esq. (0030134)
                900 Fourth & Vine Tower
                One West Fourth Street
                Cincinnati, Ohio  45202
                Tel. (513) 381-9309
                Fax. (513) 381-9276
                *Trial Attorney for Defendant,*
                *Kamphaus, Henning & Hood*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2004, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification to all attorneys of record.  Further, I hereby certify that on August 17, 2004, the following was served by U.S. Mail upon:

John Sayyah, (Pro Se)
238 Waynoka Drive
Sardinia, Ohio 45171

Brenda Frank (Pro Se)
3021 Rio Brazos Drive
Sardinia, Ohio  45171

                /s/ Steven D. Hengehold
                Steven D. Hengehold