Matthew R. Skinner (0055287)
Attorney for Defendant Robert Rickling

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN SAYYAH, et al. | : | Case No. C-1-01 459 |
| Plaintiffs | : | Judge Herman T. Weber |
| vs. | : | **RULE 26(a)(1) DISCLOSURES OF DEFENDANTS ROBERT RICKLING AND SHIRLEY HEMPFLING** |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al. | : | |
| Defendants | : | |
| | : | |

Now come defendants Robert Rickling and Shirley Hempfling and for their initial disclosures pursuant to Rule 26 hereby incorporate by reference as if fully restated herein those disclosures made by the other defendants in this matter.

_____
Matthew R. Skinner (0055287)
Attorney for Defendant Shirley Hempfling
P. O. Box 145496
Cincinnati, OH 45250-5496
513-603-5097
513-870-2900 (fax)
matt_skinner@staffdefense.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by ordinary U.S. Mail upon the following this _14th_ day, August, 2004.

John Sayyah
**Plaintiff**
238 Waynoka Drive
Sardinia, Ohio 45171

Stephen M. Yeager (0011841)
One West Fourth Street, Suite 1800
Cincinnati, Ohio 45202
513-721-4500
513-639 7554 (fax)
syeager@pyplaw.com

Herbert E. Freeman
30 East Central Parkway
620 American Building
Cincinnati, Ohio 45202
513-381-8115
513-381-8153 (fax)
bertfreeman@msn.com

**Attorneys for Defendants:** Waynoka Property Owners Association, Waynoka Property Owners Association Board of Trustees, Waynoka Regional Water & Sewer District, Waynoka Regional Water and Sewer District Board of Trustees, Kay Bundy, Carol Dotson, Vicki Johnson, Timothy O'Farrell, George Culver, Steve Sanders, Jerry Andrews, Andrew Bilhardt, Mary Chance, Joan Conners, Greg Dawson, Gary Greenlee, Ruth Hamm, Shirley Hempfling, Lowell Jackson, Thomas Joyce, Nancy Klein, James Marck, William Marshall, Kenny Myers, Sharon Otto, Betty Purdin, Aristotle Rousso, Jim Sander, Carl Seymour, James Taylor, Tom Wyatt, Fred Daulton, Herbert Freeman, Randall Pike, Lizabeth Freeman and Bob Lund

Brenda Frank
**Plaintiff**
273 Yuma Drive
Sardinia, Ohio 45171

Michael P. Foley
David Winchester Peck
**Attorneys for Defendant Jay Cutrell**
One W. Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688
513-381-9200

Steven Donald Hengehold
Thomas Spencer Shore, Jr.
**Attorneys for Defendants**: Kamphaus, Henning & Hood
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202
513-381-9200
shengehold@rendigs.com

K. Roger Schoeni
Colleen M. Blandford
**Attorneys for Defendants:** Donald E. Fender, Inc., James L. Bridges and Milan Gorby
201 East Fifth Street, Suite 800
Cincinnati, Ohio 45202
513-381-0656
cblandford@kkohnenpatton.com
rschoeni@kohnenpatton.com

_____
Matthew R. Skinner