UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN SAYYAH, *et al.*,                         Case No. 1:01-cv-459

    Plaintiffs,                                    Weber, J.
                                                            Black, M.J.
vs.

WAYNOKA PROPERTY
OWNERS ASSOCIATION,
INC., *et al.*,

    Defendants.                                    **ORDER**


    This matter is before the Court on a motion by *pro se* defendant Herbert E. Freeman for leave to file Rule 26 Initial Disclosures (doc. 143) and plaintiffs' motion for sanctions (doc. 145).

    Upon review, and for good cause shown, defendant Herbert E. Freeman's motion for leave to file Rule 26 Initial Disclosures (doc. 143) is **GRANTED,** and plaintiffs' motion to sanction Freeman (doc. 145) is **DENIED**.

    **IT IS SO ORDERED.**


Date:  9/03/04                                    s/Timothy S. Black
                                                           Timothy S. Black
                                                           United States Magistrate Judge