

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

HEMP757 45247102116О3 24 09/10/04
FORWARD TIME EXP RTN TO SEND
HEMPFLING
3376 CITRUS LN
CINCINNATI OH 45239-7113
        RETURN TO SENDER

45247+7021 53

Shirley Hempfling
5757 Cheviot Road
3B Unit
Cincinnati, OH 45247

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED
SEP 13 2004
JAMES BONINI, Clerk
CINCINNATI, OHIO

| | |
|---|---|
| JOHN SAYYAH, *et al.*, | Case No. 1:01-cv-459 |
| Plaintiffs, | Weber, J. |
| vs. | Black, M.J. |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., *et al.*, | |
| Defendants. | **ORDER** |

This matter is before the Court on a motion by *pro se* defendant Herbert E. Freeman for leave to file Rule 26 Initial Disclosures (doc. 143) and plaintiffs' motion for sanctions (doc. 145).

Upon review, and for good cause shown, defendant Herbert E. Freeman's motion for leave to file Rule 26 Initial Disclosures (doc. 143) is **GRANTED**, and plaintiffs' motion to sanction Freeman (doc. 145) is **DENIED**.

**IT IS SO ORDERED.**

Date: 9/3/04

Timothy S. Black
United States Magistrate Judge