# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| John Sayyah, *pro se, et al* ) | Case No.: C-1-01-459 |
| ) | |
| Plaintiffs, ) | (Judge Weber) |
| vs. ) | (Magistrate Judge Black) |
| ) | |
| Waynoka Prop. Owners ) | **MOTION BY PLAINTIFFS OBJECTING TO THIS** |
| Assoc., Inc. *et al*, ) | **COURT'S ORDER OF 09/07/04 DENYING THEM THEIR** |
| ) | **MOTION TO SANCTION HERBERT FREEMAN** |
| Defendants. ) | |

Plaintiffs strenuously object to this Court allowing Freeman to present a perjured affidavit, which had been shown to contain false and fraudulent statements. But what else is new. From the very get-go, this Court has shown a favoritism to Freeman who lies and cheats, and an unrelenting bias against Plaintiffs who have done their best to play by the rules. Having little doubt that this Court will ever allow them a level playing field, Plaintiffs again are forced to make record of this Court's egregious violations of Plaintiffs' "due process rights."

No fools, until this matter is more properly positioned, all Plaintiffs can do (for the record) at this stage is to protest, pointing out that their six-page motion with six well-supported exhibits, had no effect on this Court's decision—another typical "ruling" with no clues as to its basis.

Respectfully submitted,

John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
(937) 446-4136

Brenda Frank, *pro se*
273 Yuma Drive
Sardinia, OH 451
(937) 446-1265

**CERTIFICATION OF SERVICE**
We hereby certify that a copy of the foregoing was served by U.S. Mail on this 17th day September, 2004 to Herbert Freeman, Attorney at Law, The Citadel, 114 East Eighth Street, Cincinnati, OH, 45202; Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202; Michael P. Foley, Esq.; 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202; Colleen Blandford, Attorneys at Law, PNC Center, Suite 1800, 201 East Fifth Street, Cincinnati, OH 45202; Steven D. Hengehold, Attorney at Law, Rendigs, Fry, Kiely & Dennis, LLP, 900 Fourth and Vine Tower, Five West Fourth Street, Cincinnati, OH 45202; Matthew Skinner, Attorney at Law, P.O. 145496, Cincinnati, Ohio 45250.

John Sayyah, *pro se*      Brenda Frank, *pro se*

-1-