UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN SAYYAH, et al,

    Plaintiff

    v.                               Civil: c-1-01-459

WAYNOKA PROPERTY OWNERS
ASSOCIATION,

    Defendant

### ORDER OF TRANSFER

The above-entitled case is transferred from the docket of The Honorable Herman J. Weber to the docket of The Honorable Michael H. Watson.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court