OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM #324
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

HEMP757  45247407Q 1803  1Q 10/12/04
FORWARD TIME EXP RTN TO SEND
HEMPFLING
3376 CITRUS LN
CINCINNATI OH 45239-7113

RETURN TO SENDER

Shirley Hempfling
5757 Cheviot Road
3B Unit
Cincinnati, OH 45247

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RECEIVED**

OCT 14 2004

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

JOHN SAYYAH, et al,

    Plaintiff

    v.                              Civil: c-1-01-459

WAYNOKA PROPERTY OWNERS
ASSOCIATION,

    Defendant

ORDER OF TRANSFER

The above-entitled case is transferred from the docket of The Honorable Herman J. Weber to the docket of The Honorable Michael H. Watson.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court