UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, et al., | Case No. 1:01cv459 |
| Plaintiffs, | Judge Watson |
| v. | |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al., | MOTION TO WITHDRAW AS COUNSEL OF NANCEE KLEIN |
| Defendants. | |

Now comes Stephen M. Yeager, and hereby moves this Court for an order granting his Motion to Withdraw as Counsel of Nancee Klein. Due to the fact that Ms. Klein has filed suit against the undersigned, as well as the law firm of Patsfall, Yeager & Pflum, LLC, in Case No. 1:04CV395 in the United States District Court for the Southern District of Ohio, the undersigned can no longer represent Ms. Klein in this matter.

Respectfully submitted,

/s/Stephen M. Yeager
Stephen M. Yeager (0011841)
Patsfall, Yeager & Pflum, LLC
1 West Fourth Street
Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500
FAX (513) 639-7554
SYEAGER@PYPLAW.COM
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by ordinary U.S. mail on John Sayyah, Brenda Frank, Robert Rickling, and Nancee Klein on November 12, 2004. The Court will send notification to the following via electronic mail:

John Sayyah
238 Waynoka Drive
Sardinia, Ohio 45171

Brenda Frank
273 Yuma Drive
Sardinia, Ohio 45171

Robert Rickling
44 Comanche Drive
Sardinia, Ohio 45171

Nancee Klein
531 Waynoka Drive
Sardinia, Ohio 45171

Michael P. Foley, Esq.
Mfoley@rendigs.com

Steve Hengehold, Esq.
SHENGEHOLD@RENDIGS.COM

Herbert E. Freeman, Esq.
NOTGUILTY1969&@HOTMAIL.COM

Colleen M. Blandford, Esq.
Kenneth R. Schoeni, Esq.
CBLANDFORD@KOHNENPATTON.COM
RSCHOENI@KOHNENPATTON.COM

Matthew Skinner, Esq.
MATT_SKINNER@STAFFDEFENSE.COM

/s/ Stephen M. Yeager
Stephen M. Yeager