Matthew R. Skinner (0055287)
Attorney for Defendant Robert Rickling

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN SAYYAH, et al. | : | Case No. C-1-01 459 |
| Plaintiffs | : | Judge Watson<br>Magistrate Judge Black |
| vs. | : | **MEMORANDUM OF DEFENDANTS ROBERT RICKLING AND SHIRLEY HEMPFLING IN OPPOSITION TO PLAINTIFFS' MOTION TO DECLARE THAT FRAUD UPON THIS COURT MAKES VOID MAGISTRATE BLACK'S REPORT AND RECOMMENDATION** |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al. | : | |
| Defendants | : | |
| | : | |

Now come defendants Robert Rickling and Shirley Hempfling and join in the opposition of defendants Donald E. Fender, Inc., James L. Bridges, and Milan Gorby to Plaintiffs' Motion to Declare that Fraud Upon This Court Makes Void Magistrate Black's Report and Recommendation and hereby adopt as if fully rewritten herein the memorandum of defendants Donald E. Fender, Inc., James L. Bridges, and Milan Gorby in opposition to said motion. Plaintiffs have failed to timely file objections to the Report and Recommendation. The motion does not satisfy the requirements of Fed. R. Civ. 72(b) and thus cannot be considered as objections to the Report and Recommendation. Indeed, plaintiffs do not object to any specific findings and recommendations.

Defendants Robert Rickling and Shirley Hempfling urge this Court to deny plaintiff's motion, accept the recommended decision of the Magistrate, and dismiss this action.

/s/ Matthew R. Skinner
Matthew R. Skinner (0055287)
Attorney for Defendant Robert Rickling and Shirley Hempfling
P. O. Box 145496
Cincinnati, OH 45250-5496
513-603-5097
513-870-2900 (fax)
matt_skinner@staffdefense.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by ordinary U.S. Mail or by e-mail where an e-mail address is indicated upon the following this 24th day of November, 2004.

John Sayyah
**Plaintiff**
238 Waynoka Drive
Sardinia, Ohio  45171

Stephen M. Yeager (0011841)
One West Fourth Street, Suite 1800
Cincinnati, Ohio  45202
513-721-4500
513-639 7554 (fax)
syeager@pyplaw.com

Herbert E. Freeman
30 East Central Parkway
620 American Building
Cincinnati, Ohio  45202
513-381-8115
513-381-8153 (fax)
bertfreeman@msn.com

**Attorneys for Defendants**:  Waynoka Property Owners Association, Waynoka Property Owners Association Board of Trustees, Waynoka Regional Water & Sewer District, Waynoka Regional Water

2

and Sewer District Board of Trustees, Kay Bundy, Carol Dotson, Vicki Johnson, Timothy O'Farrell, George Culver, Steve Sanders, Jerry Andrews, Andrew Bilhardt, Mary Chance, Joan Conners, Greg Dawson, Gary Greenlee, Ruth Hamm, Shirley Hempfling, Lowell Jackson, Thomas Joyce, Nancy Klein, James Marck, William Marshall, Kenny Myers, Sharon Otto, Betty Purdin, Aristotle Rousso, Jim Sander, Carl Seymour, James Taylor, Tom Wyatt, Fred Daulton, Herbert Freeman, Randall Pike, Lizabeth Freeman and Bob Lund

Brenda Frank
**Plaintiff**
273 Yuma Drive
Sardinia, Ohio  45171

Michael P. Foley
**Attorneys for Defendant Jay Cutrell**
One W. Fourth Street, Suite 900
Cincinnati, Ohio  45202-3688
513-381-9200
mfoley@rendigs.com

Steven Donald Hengehold
Thomas Spencer Shore, Jr.
**Attorneys for Defendants**:  Kamphaus, Henning & Hood
One West Fourth Street, Suite 900
Cincinnati, Ohio  45202
513-381-9200
shengehold@rendigs.com

K. Roger Schoeni
Colleen M. Blandford
**Attorneys for Defendants**:  Donald E. Fender, Inc., James L. Bridges and Milan Gorby
201 East Fifth Street, Suite 800
Cincinnati, Ohio  45202
513-381-0656
cblandford@kkohnenpatton.com

/s/ Matthew R. Skinner
Matthew R. Skinner