UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, et al., | Case No. 1:01cv459 |
| Plaintiffs, | Judge Watson |
| v. | DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO DECLARE THAT FRAUD UPON THIS COURT MAKES VOID MAGISTRATE BLACK'S REPORT AND RECOMMENDATION |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al., | |
| Defendants. | |

Now come Defendants Waynoka Property Owners Association, Inc., WPOA Board of Trustees, Waynoka Regional Water and Sewer District, Inc., WRWSD Board of Trustees, Jerry Andrews, Andrew Bilhardt, Kay Bundy, Mary Chance, Joan Conners, George Culver, Greg Dawson, Carol Dotson, Lizabeth Freeman, Gary Greenlee, Ruth Hamm, Lowell Jackson, Vicki Johnson, Thomas Joyce, Bob Lund, James Marck, William Marshall, Kenny Meyers, Timothy D. O'Farrell, Sharon Otto, Randall Pike, Betty Purdin, Aristotle Roussos, Steve Sanders, Jim Sanger, Carl Seymour, James Taylor, Nancee Klein and Tom Wyatt, by and through counsel, and respectfully request that this Court deny Plaintiffs' Motion to Declare that Fraud Upon this Court Makes Void Magistrate Black's Report and Recommendation.

Respectfully submitted,

/s/Stephen M. Yeager
Stephen M. Yeager (0011841)
Patsfall, Yeager & Pflum, LLC
1 West Fourth Street, Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500
FAX (513) 639-7554
SYEAGER@PYPLAW.COM
Attorney for Defendants

## MEMORANDUM

The above-named Defendants incorporate, as if fully rewritten herein, the legal arguments and analysis set forth in the Memorandum of Defendants Donald E. Fender, Inc., James L. Bridges and Milan Gorby in Opposition to Plaintiffs' Motion to Declare that Fraud Upon this Court Makes Void Magistrate Black's Report and Recommendation.

Respectfully submitted,

/s/Stephen M. Yeager
Stephen M. Yeager (0011841)
Patsfall, Yeager & Pflum, LLC
1 West Fourth Street, Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500
FAX (513) 639-7554
SYEAGER@PYPLAW.COM
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ordinary U.S. mail on John Sayyah, Brenda Frank, Robert Rickling, on November __, 2004. The Court will send notification to the following via electronic mail:

John Sayyah
238 Waynoka Drive
Sardinia, Ohio 45171

Brenda Frank
273 Yuma Drive
Sardinia, Ohio 45171

Robert Rickling
44 Comanche Drive
Sardinia, Ohio 45171

Michael P. Foley, Esq.
Mfoley@rendigs.com

Steve Hengehold, Esq.
SHENGEHOLD@RENDIGS.COM

Herbert E. Freeman, Esq.
NOTGUILTY1969&@HOTMAIL.COM

Colleen M. Blandford, Esq.
Kenneth R. Schoeni, Esq.
CBLANDFORD@KOHNENPATTON.COM
RSCHOENI@KOHNENPATTON.COM

Matthew Skinner, Esq.
MATT_SKINNER@STAFFDEFENSE.COM

/s/ Stephen M. Yeager
Stephen M. Yeager

2