IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| John Sayya, *pro se*, et al.,<br>　　　　Plaintiffs,<br><br>vs.<br><br>Waynoka Property Owners<br>Association, Inc., et al.,<br><br>　　　　Defendants. | ) Case No.: 01-CV-459<br>)<br>) Judge Watson<br>) Magistrate Judge Black<br>)<br>) MEMORANDUM OPPOSING MEMORANDUM OF<br>) ROBERT RICKLING AND SHIRLEY HEMPFLING<br>) |

### MEMORANDUM

First, defense attorney should consult more often with his clients. Robert Rickling and Shirley Hempfling, along with another defendant in this pending case at bar 01-cv-459, Nancee Klein, have joined Plaintiffs in their AMENDED Verified Complaint for "Fraud Upon the Court," filed 09/15/04, Case No.: 1:04cv395. *See attached front cover exhibit* **A**.

As to "join[ing]...defendants Donald E. Fender, Inc., James Bridges, and Milan Gorby" Memorandum in Opposition, Plaintiffs have responded in their Memorandum filed 11/29/04, and defense attorney should, by now, be in possession of said memorandum. Therefore, Plaintiffs herein incorporate as if fully rewritten said 11/29/04 Memorandum Requesting This Court to Deny Defendants Fender's, Bridge's and Gorby's Memorandum In opposition filed 11/22/04.

Respectfully submitted,

John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
937-446-4136

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this 30th day of November, 2004 to Herbert Freeman, Attorney at Law, 114 East Eight Street, Cincinnati, OH, 45202, Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202, Michael P. Foley, Esq., 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202, Colleen Blandford, Attorney at Law, 201 East Fifth Street, Cincinnati, Ohio 45202, Steven Hengehold, One West Fourth Stree, Cincinnati, Ohio 45202, Matthew Skinner, Attorney at Law, PO Box 145496, Cincinnati, Ohio 45250

John Sayyah, *pro se*

**EXHIBIT**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

2004 SEP 15 PM 12: 57

U.S.
SOUT[...]   [...]RT
WES[...]    OHIO
            [...]ATI

| | |
|---|---|
| John Sayyah, *pro se*<br>238 Waynoka Drive<br>Sardinia, Ohio 45171, | Case No.: 1:04CV395<br><br>(Judge Spiegel) |
| Robert Rickling, *pro se*<br>44 Comanche Drive<br>Sardinia, Ohio 45171, | – <u>VERIFIED</u> – |
| Brenda Frank, *pro se*<br>273 Yuma Drive<br>Sardinia, Ohio 45171, | **AMENDED** COMPLAINT FOR FRAUD UPON THE COURT, WITH DECLARATORY AND INJUNCTIVE RELIEF, WITH SUGGESTED COMPENSATORY & PUNITIVE DAMAGES OF $3,750,000 TO BE ASSESSED EACH DEFENDANT, OR SOME APPROPRIATE PORTION THEREOF, TO BE DETERMINED AT TRIAL BY JURY |
| Shirley Hempfling, *pro se*<br>3376 Citrus Lane<br>Cincinnati, Ohio 45239, | |
| Nancee Klein, *pro se*<br>531 Waynoka Drive<br>Sardinia, Ohio 45171, | <u>WITH JURY DEMAND ON ALL ISSUES</u> |
| Plaintiffs,<br>vs. | |
| Stephen Yeager, Attorney at Law<br>One West Fourth Stree, Suite 1800<br>Cincinnati, Ohio 45202, | |
| Patsfall, Yeager & Pflum, LLC<br>One West Fourth Street, Suite 1800<br>Cincinnati, Ohio 45202, | |
| Cincinnati Insurance Company<br>6200 S. Gilmore Road<br>Fairfield, Ohio 45014-5141, | |
| Herbert Freeman, Attorney at Law<br>114 East Eight Street<br>Cincinnati, Ohio 45202, | |
| Timothy O'Farrell<br>One Waynoka Drive<br>Sardinia, Ohio 45171, | |
| Defendants. | |