IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| John Sayya, *pro se*, et al.,<br>Plaintiffs,<br>vs.<br><br>Waynoka Property Owners<br>Association, Inc., et al.,<br><br>Defendants. | ) Case No.: 01-CV-459<br>)<br>) Judge Watson<br>) Magistrate Judge Black<br>)<br>) MEMORANDUM OPPOSING DEFENDANTS'<br>) MEMORANDUM OF 12/03/04 (DOC. #161)<br>)<br>) |

### MEMORANDUM

First, defense attorney should consult more often with all of his clients. Nancee Klein has joined Plaintiffs in their AMENDED Verified Complaint for "Fraud Upon the Court," filed 09/15/04, Case No.: 1:04cv395. As to "join[ing]...defendants Donald E. Fender, Inc., James Bridges, and Milan Gorby" Memorandum in Opposition, Plaintiffs have responded in their Memorandum filed 11/29/04, from which, therefore, Plaintiffs herein incorporate as if fully rewritten said 11/29/04 Memorandum Requesting This Court to Deny Defendants Fender's, Bridge's and Gorby's Memorandum In opposition filed 11/22/04.

Respectfully submitted,

John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
937-446-4136

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served by U.S. Mail on this 7th day of December, 2004 to Herbert Freeman, Attorney at Law, 114 East Eight Street, Cincinnati, OH, 45202, Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202, Michael P. Foley, Esq., 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202, Colleen Blandford, Attorney at Law, 201 East Fifth Street, Cincinnati, Ohio 45202, Steven Hengehold, One West Fourth Stree, Cincinnati, Ohio 45202, Matthew Skinner, Attorney at Law, PO Box 145496, Cincinnati, Ohio 45250

John Sayyah, *pro se*