UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, *et al.* | Case No. 1:01-cv-459 |
| Plaintiff, | Watson, J. |
| vs. | Black, M.J. |
| WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., *et al.*, | |
| Defendants. | **ORDER** |

Now before the Court is a motion to withdraw as counsel for defendant Nancee Klein filed by Stephen M. Yeager, Esq. In support of his motion, Mr. Yeager asserts that Ms. Klein has filed a lawsuit against him and that he can no longer represent her in this matter. The motion to withdraw is unopposed.

Accordingly, and for good cause shown, the motion to withdraw as counsel for Nancee Klein (doc. 155) is **GRANTED**.

**IT IS SO ORDERED.**


Date:  12/28/04                               s/Timothy S. Black
                                              Timothy S. Black
                                              United States Magistrate Judge