UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN SAYYAH, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al.,<br><br>        Defendants. | Case No. 1:01cv459<br><br>Judge Watson<br><br><u>DEFENDANTS' JOINT MOTION TO STAY DISCOVERY</u> |

Now come Defendants, by and through counsel, and hereby respectfully request that this Court stay all discovery in this matter, pending this Court's ruling on Magistrate Black's Report and Recommendation to dismiss this action. The reasons in support of said motion are more particularly set forth in the accompanying Memorandum.

                                               Respectfully submitted,

                                               <u>/s/Stephen M. Yeager</u>
                                               Stephen M. Yeager (0011841)
                                               Patsfall, Yeager & Pflum, LLC
                                               1 West Fourth Street, Suite 1800
                                               Cincinnati, Ohio 45202
                                               (513) 721-4500
                                               FAX (513) 639-7554
                                               <u>syeager@pyplaw.com</u>
                                               *Attorney for WPOA and WRWSD*
                                               *Defendants*

                                               <u>/s/Michael P. Foley</u>
                                               Michael P. Foley
                                               <u>Mfoley@rendigs.com</u>
                                               *Attorney for Jay Cutrell, Esq.*

                                               <u>/s/Steven Hengehold</u>
                                               Steven Hengehold
                                               <u>Shengehold@rendigs.com</u>
                                               *Attorney for Kamphaus, Henning & Hood*

/s/Colleen Blandford
Colleen Blandford
Kenneth R. Schoeni
Cblandford@kohnenpatton.com
Rschoeni@kohnenpatton.com
*Attorneys for Fender, Bridges & Gorby*

/s/Herbert Freeman
Herbert Freeman
Notguilty1969@hotmail.com

/s/Matthew R. Skinner
Matthew R. Skinner
Matt_skinner@staffdefense.com
*Attorney for Rickling & Hempfling*

## MEMORANDUM

**I.    PROCEDURAL HISTORY:**

Plaintiffs instituted the within matter by filing a Civil RICO Complaint on July 11, 2001. (Doc. No. 1). An Amended Complaint was filed on November 1, 2001, and Plaintiffs were granted leave to file a Second Amended Complaint on September 19, 2002. (Doc. Nos. 4, 74). Plaintiffs' Second Amended Complaint was met by Defendants Fender, Bridges and Gorby's Motion to Dismiss (Doc. No. 80); Defendant Freeman's Motion for Summary Judgment (Doc. 86); and the remaining Defendants' Motion for Judgment on the Pleadings (Doc. No. 99).

On July 26, 2004, Magistrate Judge Black issued a Calendar Order setting the discovery deadline for May 3, 2005. (Doc. No. 137). Magistrate Judge Black subsequently issued a Report and Recommendation that: (1) Defendants Fender, Bridges and Gorby's Motion to Dismiss be granted; (2) Defendant Freeman's Motion for Summary Judgment be granted; (3) Defendants' Motion for Judgment on the Pleadings be granted in part and denied in part; (4) Plaintiffs' claims arising under State law be dismissed without prejudice; (5) remaining motions be dismissed as moot; and (6) this case be closed. (Doc. No. 153).

II. **DEFENDANTS RESPECTFULLY REQUEST A STAY OF DISCOVERY UNTIL A RULING ON MAGISTRATE BLACK'S REPORT AND RECOMMENDATION IS MADE.**

There are 44 parties and at least seven attorneys currently involved in this action. Accordingly, it is presumed by these Defendants that the discovery process will be quite costly and time consuming for all parties. In fact, Plaintiffs have indicated that they intend to take the deposition of between 20 and 30 non-party witnesses. (Doc. No. 136, Section 6 Recommended Discovery Plan).

Magistrate Judge Black recommended that this matter be dismissed and that Report and Recommendation is currently pending before this Court. Due to the obvious cost and time involved in conducting such a potentially massive discovery plan, and the fact that said discovery would be unnecessary and wasteful should this Court accept Magistrate Judge Black's Report and Recommendation, these Defendants respectfully request that all discovery be stayed in this matter pending this Court's decision on said Report and Recommendation.

Respectfully submitted,

/s/Stephen M. Yeager
Stephen M. Yeager (0011841)
Patsfall, Yeager & Pflum, LLC
1 West Fourth Street, Suite 1800
Cincinnati, Ohio 45202
(513) 721-4500
FAX (513) 639-7554
Syeager@pyplaw.com
*Attorney for WPOA and WRWSD Defendants*

/s/Michael P. Foley
Michael P. Foley
Mfoley@rendigs.com
*Attorney for Jay Cutrell, Esq.*

/s/Steven Hengehold
Steven Hengehold
Shengehold@rendigs.com
*Attorney for Kamphaus, Henning & Hood*

/s/Colleen Blandford
Colleen Blandford
Kenneth R. Schoeni
Cblandford@kohnenpatton.com
Rschoeni@kohnenpatton.com
*Attorneys for Fender, Bridges & Gorby*

/s/Herbert Freeman
Herbert Freeman
Notguilty1969@hotmail.com

/s/Matthew R. Skinner
Matthew R. Skinner
Matt_skinner@staffdefense.com
*Attorney for Rickling & Hempfling*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ordinary U.S. mail on John Sayyah and Brenda Frank on February __, 2005.

John Sayyah                              Brenda Frank
238 Waynoka Drive                        273 Yuma Drive
Sardinia, Ohio 45171                     Sardinia, Ohio 45171

/s/ Stephen M. Yeager
Stephen M. Yeager
Syeager@pyplaw.com

/s/Michael P. Foley
Michael P. Foley
Mfoley@rendigs.com
*Attorney for Jay Cutrell, Esq.*

/s/Steven Hengehold
Steven Hengehold
Shengehold@rendigs.com
*Attorney for Kamphaus, Henning & Hood*

4

2

/s/Colleen Blandford
Colleen Blandford
Kenneth R. Schoeni
Cblandford@kohnenpatton.com
Rschoeni@kohnenpatton.com
*Attorneys for Fender, Bridges & Gorby*


/s/Herbert Freeman
Herbert Freeman
Notguilty1969@hotmail.com

/s/Matthew R. Skinner
Matthew R. Skinner
Matt_skinner@staffdefense.com
*Attorney for Rickling & Hempfling*