# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

John Sayyah, et al.,
    Plaintiff(s),

v.

Waynoka Property Own, et al.,
    Defendant(s).

Case No. 1:01cv459
(Watson, J.)

## JUDGMENT IN A CIVIL CASE

[ ]    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation is hereby adopted by the Court dismissing this action with prejudice.

Date: March 4, 2005

    James Bonini, Clerk
    Clerk

By:    S/Barbara A. Crum
Deputy Clerk