FILED
JAMES BONINI
CLERK

05 MAR 31 PM 1:50

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **John Sayya,** *pro se,* **et al.,**<br>Plaintiffs,<br>v.<br>**Waynoka Property Owners Association, Inc., et al.,**<br>Defendants. | ) Case No.: 01-CV-459<br>)<br>) Judge Watson<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEAL TO
### UNITED STATES COURT OF APPEALS

### FOR THE SIXTH CIRCUIT

**NOTICE** is hereby given that Plaintiffs, hereby appeal to the United States Court of Appeals for the Sixth Circuit from a Decision Dismissing this action with Prejudice entered in this action on the 4th day of March, 2005.

_____
John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
(937) 446-4136

_____
Brenda Frank, *pro se*
P. O. Box 588
Sardinia, OH 45171
(513) 520-8186

### CERTIFICATION OF SERVICE

We hereby certify that a copy of the foregoing was served by U.S. Mail on this 31st day of March, 2005 to Herbert Freeman, Attorney at Law, 114 East Eighth Street, Cincinnati, OH, 45202, Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202, Michael P. Foley, Esq., 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202, Colleen Blandford, Attorney at Law, PNC Center, Suite 1800, 201 East Fifth Street, Cincinnati, OH 45202, Matthew Skinner, Attorney at Law, P.O. Box 145496, Cincinnati, Ohio 45202 and Steven D. Hengehold, Attorney at Law, Rendigs, Fry, Kiely & Dennis, LLP, 900 Fourth and Vine Tower, Five West Fourth Street, Cincinnati, OH 45202.

_____
John Sayyah, *pro se*

_____
Brenda Frank, *pro se*