FILED
JAMES BONINI
CLERK

05 APR 20 PM 12:04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Sayyah, *pro se*, et al., | ) | Case No.: 1:01-CV-00459 |
| | ) | |
| Plaintiffs, | ) | Judge Watson |
| | ) | |
| v. | ) | EMERGENCY MOTION TO STAY ALL |
| | ) | PROCEEDINGS FOR TWO MONTHS DUE |
| | ) | TO PLAINTIFF JOHN SAYYAH'S HEART |
| | ) | ATTACK AS PER DOCTOR'S ADVICE |
| Defendants. | ) | |

NOW COME Plaintiff Sayyah and move this Court to stay all proceedings for two months due to a heart attack he suffered on April 5, 2005. See attached Doctor Temizer's letter.

/s/ John Sayyah
John Sayyah, *pro se*
238 Waynoka Drive
Sardinia, OH 45171
937-446-4136

**CERTIFICATION OF SERVICE**

We hereby certify that a copy of the foregoing was served by U.S. Mail on this 18th day of April 2005 to Herbert Freeman, Attorney at Law, 114 East Eight Street, Cincinnati, OH, 45202, Stephen Yeager, Attorney at Law, One West Fourth Street, Suite 1800, Cincinnati, OH 45202, Michael P. Foley, Esq., 900 Fourth & Vine Tower, Five West Fourth Street, Cincinnati, OH 45202, Colleen Blandford, Attorney at Law, 1400 Carew Tower, 441 Vince Street, Cincinnati, OH 45202, Matthew Skinner, Attorney at Law, P.O. Box 145496, Cincinnati, Ohio 45250, and Steven Hedgehold, One West Fourth Street, Suite 900, Cincinnati, Ohio 45202.

/s/ John Sayyah
John Sayyah, *pro se*

1



**CARDIOLOGY ASSOCIATES of CINCINNATI, INC.**

3219 Clifton Avenue, Suite 400
Cincinnati, Ohio 45220-3031

513-861-1260
513-872-7143 *scheduling*
513-872-7145 *billing*
513-872-7149 *fax*

GEORGES DAOUD, M.D., F.A.C.C. *(retired)*
DAVID TONDOW, JR., M.D., F.A.C.C.
ALI RAZAVI, M.D., F.A.C.C.
BRIAN T. SKALE, M.D., F.A.C.C.
JOHN H. WILSON, M.D., F.A.C.C.
DAVID C. REED, M.D., F.A.C.C.
FREIDOON GHAZI, M.D., F.A.C.C.
DOGAN H. TEMIZER, M.D., F.A.C.C.
CRAIG A. SUKIN, M.D., F.A.C.C.
HANAN KERR, M.D.
JUDITH K. MICKELSON, M.D., F.A.C.C.
SAI K. HANUMANTHU, M.D., F.A.C.C.
M. DAVID ARYA, M.D.
GAURANG GANDHI, M.D.

JAY ROM
*Chief Executive Officer*

April 18, 2005

Re:              John Sayyah
Date of Birth:   03/29/1929
CACMR#:          9192

To Whom It May Concern:

John Sayyah is under my care for a cardiac condition. Due to his serious condition that we just recently discovered, he should avoid all stressful situations for at least the next two months. I am hopeful that this is useful information.

Thank you for your assistance in advance. If there are questions, please feel free to contact us.

Sincerely,

*[signature]*

Dogan H. Temizer, M.D.

DHT/jw #384899

Dictated but not read

**ANDERSON**
1060 Nimitzview
Cincinnati, Ohio 45230

**MONTGOMERY**
10495 Montgomery Road
Cincinnati, Ohio 45242

**CLERMONT**
3020 Hospital Drive
Batavia, Ohio 45103

**WESTERN HILLS**
2859 Boudinot Avenue
Cincinnati, Ohio 45238

**MT. AIRY**
2450 Kipling Avenue
Cincinnati, Ohio 45239

**BETHEL**
3088 Angel Drive, St. Rt. 232
Bethel, Ohio 45106

**SARDINIA**
7109 Bachman
Sardinia, Ohio 45171

**MONFORT HEIGHTS**
5575 Cheviot Road
Cincinnati, Ohio 45247



ICAEL
Accredited Echocardiography Laboratory