UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Sayyah, *et al.*,

    Plaintiffs,

v.                                    Case No. 1:01cv459

Waynoka Property Owners         Judge Michael H. Watson
Association, Inc., *et al.*,

    Defendants.

## ORDER

    Before the Court is Plaintiff John Sayyah's Motion to Stay All Proceedings For a Period of 60 Days. (Doc. 178) In his motion, Plaintiff Sayyah informs the Court that he suffered a heart attack on April 5, 2005.

    "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Ohio Envtl. Council v. United States Dist. Court, Southeastern Dist. of Ohio*, 565 F.2d 393, 396 (6th Cir. 1977), *quoting, Landis v. Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936). The Court finds that a stay of these proceedings is warranted. All proceedings in this matter shall be stayed for a period of 60 days following the journalization of this Order.

Accordingly, Plaintiff John Sayyah's Motion to Stay All Proceedings For a Period of 60 Days (Doc. 178) is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court