Case No: 05-3549

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**FILED**

AUG 0 1 2005

ORDER

**LEONARD GREEN, Clerk**

JOHN SAYYAH; BRENDA FRANK

    Plaintiffs - Appellants

v.

WAYNOKA PROPERTY OWNERS ASSOCIATION, INC., et al.,

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk